In re:  Case No. 18-02850-HWV

Michael C. Beidleman  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 21, 2021 | Form ID: fnldecnd | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael C. Beidleman, 315 Woodland View Court, Harrisburg, PA 17110-3938 |
| 5082093 | | Bethlehem Area School District, c/ Keystone Collections Group, Irwin, PA 15642 |
| 5082096 | | Fingerhut Freshstart, c/o Jefferson Capital Systems, 18 McLeland Rd., Saint Cloud, MN 56303 |
| 5082098 | + | Freedom Sanitation, c/o TEK-COLLECT, P.O. Box 1269, Columbus, OH 43216-1269 |
| 5082100 | + | Office of UC Benefits, Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 5082101 | | PA Department of Revenue, Bureau of Compliance, Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 5082102 | + | Santander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 5087583 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5082103 | + | Sprint, c/o Enhanced Recovery, 4800 Spring Park Rd, Jacksonville, FL 32207-7406 |
| 5082104 | + | St. Luke's University Hospital, 801 Ostrum St., Bethlehem, PA 18015-1065 |
| 5109923 | + | The Secretary of Verterans Affairs fka Administra, BSI Financial Services, 1425 Greenway Drive, #400, Irvine, TX 75038-2480 |
| 5082107 | + | USAA, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 5082109 | + | Wells Fargo Financial, MAC 4031-080, 800 Walnut Street, Des Moines, IA 50309-3605 |
| 5082110 | + | West Coast Servicing Inc., Trust, 7911 Warner Avenue, Huntington Beach, CA 92647-4707 |
| 5097722 | + | West Coast Servicing, Inc, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5082092 | + | Email/Text: g17768@att.com | Oct 21 2021 18:43:00 | At&T, C/o Bankruptcy, 4331 Communications Drive, Dallas, TX 75211-1300 |
| 5082094 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 21 2021 18:43:00 | Cellco Partnership, One Verizon Way, Basking Ridge, NJ 07920-1097 |
| 5082097 | + | Email/Text: bankruptcy@fncbinc.com | Oct 21 2021 18:43:00 | First National Collection Bureau, 610 Waltham Way, Sparks, NV 89437-6695 |
| 5082099 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 21 2021 18:43:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 5105523 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2021 18:52:10 | LVNV Funding, LLC its successors and assigns as, assignee of Sears National Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5096662 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2021 18:52:11 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5082108 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 21 2021 18:43:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | West Coast Servicing, Inc, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 5082105 | *+ | St. Luke's University Hospital, 801 Ostrum St., Bethlehem, PA 18015-1065 |
| 5082095 | ##+ | Ditech Financial, LLC, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 5082106 | ##+ | Stephanie R. Beidleman, 255 9th Avenue, Bethlehem, PA 18018-5106 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Michael C. Beidleman cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Secretary of Veterans Affairs bkgroup@kmllawgroup.com |
| Kevin Buttery | on behalf of Creditor West Coast Servicing Inc kbuttery@rascrane.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael C. Beidleman, | Chapter 13 |
| **Debtor 1** | Case No. 1:18−bk−02850−HWV |

Social Security No.:
xxx−xx−6981

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Michael C. Beidleman** in accordance with §1328 of the Bankruptcy Code.

Dated: October 21, 2021

By the Court,

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: JoanGoodling, Deputy Clerk

**fnldec** (10/20)